UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOELY PALENCIA and MARVIN PALENCIA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. <br>) |
| ST. ALEXIUS MEDICAL CENTER, MIDWEST OBSTETRICS & GYNECOLOGY, S.C., MICHAEL J. RIERMAIER, M.D., J.D., S.C., MARGARET NETTLETON, M.D., MICHAEL RIERMAIER, M.D., and CANDYCE GEARHART, R.N., | ) Judge<br>)<br>) Formerly Case No. 2016 L 5658<br>) Circuit Court of Cook County, Illinois<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
<u>SUBSTITUTION OF THE UNITED STATES AS DEFENDANT</u>**

To:  Dorothy Brown
     Clerk of the Circuit Court
     Richard J. Daley Center, Room 1001
     50 West Washington Street
     Chicago, Illinois 60602

     Kristina K. Green
     Kralovec, Jambois & Schwartz
     60 West Randolph Street, 4th Floor
     Chicago, Illinois 60601

     Sherri M. Arrigo
     Donohue Brown Mathewson & Smyth LLC
     140 South Dearborn Street, Suite 800
     Chicago, Illinois 60603

The United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

    1.    On June 7, 2016, plaintiffs Noely Palencia and Marvin Palencia commenced the above civil action against Margaret Nettleton, M.D., and Michael Riermaier, M.D., of the Greater

Elgin Family Care Center, and others, alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, the Greater Elgin Family Care Center is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, Margaret Nettleton, M.D., and Michael Riermaier, M.D., were acting within the scope of their employment at the Greater Elgin Family Care Center with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that the Greater Elgin Family Care Center was a private entity receiving grant money from the Public Health Service and that defendants Margaret Nettleton, M.D., and Michael Riermaier, M.D., were acting within the scope of their employment at the Greater Elgin Family Care Center with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 233(c), this civil action, as to Margaret Nettleton, M.D., and Michael Riermaier, M.D, is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendants Margaret Nettleton, M.D., and Michael Riermaier, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Margaret Nettleton, M.D., and Michael Riermaier, M.D.

>Respectfully submitted,
>
>ZACHARY T. FARDON
>United States Attorney
>
>By: s/ Courtney R. Baron
>   COURTNEY R. BARON
>   Assistant United States Attorney
>   219 South Dearborn Street
>   Chicago, Illinois 60604
>   (312) 353-1996
>   courtney.baron@usdoj.gov